FILED

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-385-PMP-(RJJ) |
| ) | |
| EMANUEL MEJIA, aka ) | |
| Isidro Castillo-Maldonado, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT EMANUEL MEJIA

On April 10, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant EMANUEL MEJIA, aka Isidro Castillo-Maldonado, to the United States of America. Preliminary Order of Forfeiture, ECF No. 24.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 24) is final as to defendant EMANUEL MEJIA, aka Isidro Castillo-Maldonado.

DATED this 6<u>th</u> day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE