# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:11-CR-385-PMP-(RJJ) |
| | ) |
| EMANUEL MEJIA, | ) |
| aka Isidro Castillo, | ) |
| aka Isidro Castillo-Maldonado, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On April 10, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant EMANUEL MEJIA, aka Isidro Castillo, aka Isidro Castillo-Maldonado, to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant EMANUEL MEJIA, aka Isidro Castillo, aka Isidro Castillo-Maldonado, pled guilty. Criminal Indictment, ECF No. 8; Minutes of Change of Plea Proceedings, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 14, 2012, to May 13, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

On May 22, 2012, Daniel C. Lee was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 28.

On August 8, 2012, Doren E. Holh, Agent for Service of Process - Secretary and Associate General Counsel of Farmers Insurance Group, was served by regular mail and certified mail with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 36, p. 2-8.

On August 8, 2012, Jeff Dailey, President and Chief Operating Officer of Farmers Insurance, was served was served by regular mail and certified mail with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 36, p. 9-15.

On August 8, 2012, Frank Ceglar, Executive Vice President and General Counsel of Farmers Insurance Group, was served by regular mail and certified mail with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 36, p. 16-22.

On August 8, 2012, Corporation Service Company/United States Corporation Company, Agent for Service of Process for Farmers Insurance Group, was served by personal service with a copy of the Preliminary Order of Forfeiture and Notice. Notice of Filing Service of Process, ECF No. 36, p. 23-32.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

. . .

      a.      Bryco Arms, .22 caliber handgun, serial number 1117853;

      b.      Beretta, .25 caliber handgun, serial number DAA259520;

      c.      Ruger, .22 caliber rifle, serial number 353-40926; and

      d.      any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _ 17th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associate Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on October 17, 2012, by the below identified method of service:

CM/ECF

Monique N. Kirtley
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Monique_Kirtley@fd.org
Counsel for Emanuel Mejia

Alina M. Shell
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Alina_Shell@fd.org
Counsel for Emanuel Mejia

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associate Paralegal

4